HADDEN, Plaintiff in error, v. STATE, Defendant in error.

*No. State 28. Submitted January 5, 1973.—Decided January 30, 1973.*

For the plaintiff in error the cause was submitted on the brief of *Henry A. Tessmer* and *McCormick & Tessmer* of Milwaukee.

For the defendant in error the cause was submitted on the brief of *Robert W. Warren,* attorney general, and *Richard J. Boyd,* assistant attorney general.

PER CURIAM. We are convinced after a review of the record that there is credible evidence which is sufficient to prove defendant's guilt beyond a reasonable doubt. *See: State v. Barclay* (1972), 54 Wis. 2d 651, 196 N. W. 2d 745.

The judgment is affirmed.